HONORABLE S. KATE VAUGHAN

UNITED STATES DISTRICT COURT
FOR THE WESTEREN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERESA VANWOUDENBERG and JOHN VANWOUDENBERG, individually and the marital community thereof,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a Foreign Corporation, MICHAEL LEOTTA and JANE DOE LEOTTA, individually and the marital community thereof, ERICA HROMAS and JOHN DOE HROMAS, individually and the marital community thereof,<br><br>Defendants. | CASE NO. C21−1566−SKV<br><br>**STIPULATED MOTION TO REMAND TO WHATCOM COUNTY SUPERIOR COURT**<br><br>NOTE ON MOTION CALENDAR:<br>November 23, 2021 |

**STIPULATED MOTION TO REMAND**

Plaintiffs Teresa VanWoudenberg and John VanWoudenberg, ("Plaintiffs") and defendants State Farm Mutual Automobile Insurance Company, Michael Leotta, Jane Doe Leotta, Erica Hromas and, John Doe Hromas ("Defendants") stipulate to remand the case to Whatcom County Superior Court. Plaintiffs have agreed to dismiss claims against defendants Michael

STIPULATED MOTION TO REMAND TO WHATCOM COUNTY SUPERIOR COURTSTIPULATED MOTION TO REMAND TO WHATCOM COUNTY SUPERIOR COURT - 1
(Case No. C21−1566−SKV)

WAKEFIELD & KIRKPATRICK, PLLC
A T T O R N E Y S   A T   L A W
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-2120  FAX (206) 629-2120

VanWoudenberg et al v. State Farm 21-1566 - Order Grnt Stipulate Mtn Remand

1  Leotta, Jane Doe Leotta, Erica Hromas, and John Doe Hromas in exchange for State Farm agreeing
2  to remand this lawsuit back to Whatcom County Superior Court and for State Farm agreeing that
3  all actions taken by Michael Leotta, Jane Doe Leotta, Erica Hromas, and John Doe Hromas were
4  done within the course and scope of their employment as State Farm employees.

**ORDER OF REMAND TO WHATCOM COUNTY SUPERIOR COURT**

IT IS HEREBY ORDERED that the case is remanded to Whatcom County Superior Court.

DATED this 1st day of December, 2021.

*/s/ S. Kate Vaughan*

S. KATE VAUGHAN
United States Magistrate Judge

STIPULATED MOTION TO REMAND TO WHATCOM COUNTY SUPERIOR COURTSTIPULATED MOTION TO REMAND TO WHATCOM COUNTY SUPERIOR COURT - 2
(Case No. C21−1566−SKV)

WAKEFIELD & KIRKPATRICK, PLLC
ATTORNEYS AT LAW
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-2120  FAX (206) 629-2120

VanWoudenberg et al v. State Farm 21-1566 - Order Grnt Stipulate Mtn Remand

1  DATED this 23rd day of November, 2021.

2                            WAKEFIELD & WAKEFIELD, PLLC

3

4                            By _s/ Dan Kirkpatrick_
                          By _s/ Noelle Symanski_

5
                            Dan Kirkpatrick        WSBA #38674
6                             Noelle Symanski     WSBA #57022
                            WAKEFIELD & WAKEFIELD, PLLC
7                             17544 Midvale Ave N, Suite 307
                            Shoreline, WA  98133
8                             E-mail: dkirkpatrick@wakefieldkirkpatrick.com
                            E-mail:nsymanski@wakefieldkirkpatrick.com
9                             Attorneys for State Farm

10 DATED this 23rd day of November, 2021.

11
                          COPPINGER CARTER P.S.
12

13                           By /s/ Emmely Hart

14
                            Emmelyn Hart, WSBA #28820
15                           for Carrie Coppinger Carter    WSBA #28817
                            COPPINGER CARTER P.S.
16                             100 Central Ave
                            Bellingham, WA 98225
17                           T:(206) 629-5489
                          F:(206) 629-2120
18                           E-mail: ccc@coppingercarter.com
                          Attorneys for Plainitff
19

20

21

22

23

24

25

STIPULATED MOTION TO REMAND TO WHATCOM COUNTY SUPERIOR COURTSTIPULATED MOTION TO REMAND TO WHATCOM COUNTY SUPERIOR COURT - 3 (Case No. C21−1566−SKV)

WAKEFIELD & KIRKPATRICK, PLLC
A T T O R N E Y S   A T   L A W
17544 MIDVALE AVENUE NORTH, SUITE 307
SHORELINE, WA 98133
(206) 629-2120  FAX (206) 629-2120

VanWoudenberg et al v. State Farm 21-1566 - Order Grnt Stipulate Mtn Remand